John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel (702) 853-5490
Fax (702) 227-1975
jaldrich@johnaldrichlawfirm.com
chernandez@johnaldrichlawfirm.com
*Attorneys for Defendants GORDON CLARK,*
*RODNEY KOCH, CINDY LOU ELLEN KOCH,*
*and KRYSTAL LEE CLARK*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LUCKY LAKE FARM & WATER LIMITED PARTNERSHIP, a Saskatchewan Limited Partnership; and SWIFT RIVER FARMS LTD., an Alberta corporation;<br><br>    Plaintiffs,<br><br>vs.<br><br>GORDON CLARK, an individual; RODNEY KOCH A/K/A GORDON CLARK, an individual; CINDY LOU ELLEN KOCH, an individual; KRYSTAL LEE CLARK, an individual; MICHAEL ROSE, an individual; MICHAEL ROSE & ASSOCIATES STRATEGIC CONSULTING INC., a Nova Scotia corporation; JEFF HOUGHTON, an individual; TW INTERNATIONAL INVESTMENTS LTD., a Bahamian Registered company; TW ADVISORS LTD., a British Virgin Islands registered company; TW FUNDS INC., a British Virgin Islands registered company; DOES I-XX, inclusive; and ROE CORPORATIONS, I-X, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-01768-GMN-VCF<br><br><br><u>**STIPULATION AND ORDER EXTENDING TEMPORARY RESTRAINING ORDER**</u> |

    Plaintiffs and Defendants Gordon Clark, Rodney Koch, Cindy Lou Koch, and Krystal Lee Clark, by and through their respective counsel, hereby stipulate and agree to the following:

**IT IS HEREBY STIPULATED AND AGREED** that the Temporary Restraining Order [ECF #9] previously entered on November 13, 2023, and currently set to expire on December 13, 2023 at 5:00 p.m., is extended for a period of sixty (60) days beyond the current expiration date, until February 13, 2024 at 5:00 p.m.

~~**IT IS FURTHER STIPULATED AND AGREED** that, regarding Plaintiffs' Motion for Preliminary Injunction [ECF #6], Defendants' Response to Plaintiffs' Motion for Preliminary Injunction is due by January 26, 2024 by 5:00 p.m. and Plaintiff's Reply is due by February 2, 2024 at 5:00 p.m.~~

Dated this 7th day of December, 2023.　　　Dated this 7th day of December, 2023.

**ALDRICH LAW FIRM, LTD.**　　　　　**FLYNN GIUDICI, PLLC**

/s/ John P. Aldrich　　　　　　　　/s/ Shamus S. Flynn
John P. Aldrich, Esq.　　　　　　　Shamus S. Flynn
Nevada Bar No. 6877　　　　　　　Nevada Bar No. 14870
Catherine Hernandez, Esq.　　　　　Daniel R. Giudici
Nevada Bar No. 8410　　　　　　　Nevada Bar No. 15228
7866 West Sahara Avenue　　　　　3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89117　　　　　Las Vegas, NV 89169
Tel:  (702) 853-5490　　　　　　　Telephone: (775) 406-9595
Fax:  (702) 227-1975　　　　　　　*Attorneys for Plaintiffs*
*Attorney for Defendants GORDON CLARK,*
*RODNEY KOCH, CINDY LOU ELLEN*
*KOCH, and KRYSTAL LEE CLARK*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that, regarding Plaintiffs' Motion for Preliminary Injunction [ECF #6], Defendants' Response to Plaintiffs' Motion for Preliminary Injunction is due by January 23, 2024 by 5:00 p.m. and Plaintiff's Reply is due by January 30, 2024 at 5:00 p.m.

**IT IS FURTHER ORDERED** that the  motion hearing set for December 13, 2023, at 9:00 a.m. is **CONTINUED** to February 1, 2024, at 9:00 a.m. in LV Courtroom 7D before Judge Gloria M. Navarro.

December 7, 2023

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT