John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel (702) 853-5490
Fax (702) 227-1975
jaldrich@johnaldrichlawfirm.com
*Attorneys for Defendants GORDON CLARK,*
*RODNEY KOCH, CINDY LOU ELLEN KOCH,*
*and KRYSTAL LEE CLARK*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

LUCKY LAKE FARM & WATER LIMITED
PARTNERSHIP, a Saskatchewan Limited
Partnership; and SWIFT RIVER FARMS
LTD., an Alberta corporation;

    Plaintiffs,

vs.

GORDON CLARK, an individual; RODNEY
KOCH A/K/A GORDON CLARK, an
individual; CINDY LOU ELLEN KOCH, an
individual; KRYSTAL LEE CLARK, an
individual; MICHAEL ROSE, an individual;
MICHAEL ROSE & ASSOCIATES
STRATEGIC CONSULTING INC., a Nova
Scotia corporation; JEFF HOUGHTON, an
individual; TW INTERNATIONAL
INVESTMENTS LTD., a Bahamian
Registered company; TW ADVISORS LTD.,
a British Virgin Islands registered company;
TW FUNDS INC., a British Virgin Islands
registered company; LA BELLA VITA
EQUESTRIANS LLC, a Nevada limitedliability
company; LA BELLA VITA
INTERNATIONAL EQUINE SALES LLC, a
Nevada limited-liability company; LIQUID
LUXURY GROUP LLC, a Nevada limited
liability company; BLACKSTONE LUXURY
GROUP LLC, a Nevada limited liability
company; DOES I-XX, inclusive; and ROE
CORPORATIONS, I-X, inclusive,

    Defendants.

Case No.: 2:23-cv-01768-GMN-VCF

**STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME FOR
DEFENDANTS GORDON CLARK,
RODNEY KOCH, CINDY LOU ELLEN
KOCH, AND KRYSTAL LEE CLARK
TO FILE ANSWER TO FIRST
AMENDED COMPLAINT**

Plaintiffs and Defendants Gordon Clark, Rodney Koch, Cindy Lou Koch, and Krystal Lee Clark, by and through their respective counsel, hereby stipulate and agree to an Order to extend the deadline for Defendants Gordon Clark, Rodney Koch, Cindy Lou Koch, and Krystal Lee Clark to file their responsive pleading to Plaintiffs' First Amended Complaint (ECF 30) from December 19, 2023, to January 9, 2024.  This is the first request for such and extension, and it is made as follows:

1.      On December 5, 2023, Plaintiffs filed their First Amended Complaint (ECF 30). The deadline for Defendants Gordon Clark, Rodney Koch, Cindy Lou Koch, and Krystal Lee Clark to respond is December 19, 2023.

2.      The parties are engaged in settlement discussions and therefore agree to this brief extension.  This request is made in good faith and for good cause and not for any purpose of delay or harm.

NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the deadline for Defendants Gordon Clark, Rodney Koch, Cindy Lou Koch, and Krystal Lee Clark to file their responsive pleading to Plaintiffs' First Amended Complaint (ECF 30) from December 19, 2023, to January 9, 2024.

Dated this 19th day of December, 2023.

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Tel:  (702) 853-5490
Fax:  (702) 227-1975
*Attorney for Defendants GORDON CLARK,*
*RODNEY KOCH, CINDY LOU ELLEN*
*KOCH, and KRYSTAL LEE CLARK*

Dated this 19th day of December, 2023.

**FLYNN GIUDICI, PLLC**

/s/ Shamus S. Flynn
Shamus S. Flynn
Nevada Bar No. 14870
Daniel R. Giudici
Nevada Bar No. 15228
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (775) 406-9595
*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

_____
CAM FERENBACH,
US MAGISTRATE JUDGE

DATED: December 20 , 2023