1  John P. Aldrich, Esq.
2  Nevada Bar No. 6877
   **ALDRICH LAW FIRM, LTD.**
3  7866 West Sahara Avenue
   Las Vegas, NV 89117
4  Tel (702) 853-5490
   Fax (702) 227-1975
5  jaldrich@johnaldrichlawfirm.com
   *Attorneys for Defendants GORDON CLARK,*
6  *RODNEY KOCH, CINDY LOU ELLEN KOCH,*
7  *and KRYSTAL LEE CLARK*

8  **IN THE UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| LUCKY LAKE FARM & WATER LIMITED PARTNERSHIP, a Saskatchewan Limited Partnership; and SWIFT RIVER FARMS LTD., an Alberta corporation;<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GORDON CLARK, an individual; RODNEY KOCH A/K/A GORDON CLARK, an individual; CINDY LOU ELLEN KOCH, an individual; KRYSTAL LEE CLARK, an individual; MICHAEL ROSE, an individual; MICHAEL ROSE & ASSOCIATES STRATEGIC CONSULTING INC., a Nova Scotia corporation; JEFF HOUGHTON, an individual; TW INTERNATIONAL INVESTMENTS LTD., a Bahamian Registered company; TW ADVISORS LTD., a British Virgin Islands registered company; TW FUNDS INC., a British Virgin Islands registered company; LA BELLA VITA EQUESTRIANS LLC, a Nevada limitedliability company; LA BELLA VITA INTERNATIONAL EQUINE SALES LLC, a Nevada limited-liability company; LIQUID LUXURY GROUP LLC, a Nevada limited liability company; BLACKSTONE LUXURY GROUP LLC, a Nevada limited liability company; DOES I-XX, inclusive; and ROE CORPORATIONS, I-X, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01768-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS GORDON CLARK, RODNEY KOCH, CINDY LOU ELLEN KOCH, AND KRYSTAL LEE CLARK TO FILE ANSWER TO FIRST AMENDED COMPLAINT**<br><br>*(Second Request)* |

Plaintiffs and Defendants Gordon Clark, Rodney Koch, Cindy Lou Koch, and Krystal Lee Clark, by and through their respective counsel, hereby stipulate and agree to an Order to extend the deadline for Defendants Gordon Clark, Rodney Koch, Cindy Lou Koch, and Krystal Lee Clark to file their responsive pleading to Plaintiffs' First Amended Complaint (ECF 30) from January 9, 2024 to February 9, 2024.  This is the second request for such and extension, and it is made as follows:

1. On December 5, 2023, Plaintiffs filed their First Amended Complaint (ECF 30). The deadline for Defendants Gordon Clark, Rodney Koch, Cindy Lou Koch, and Krystal Lee Clark to respond is December 19, 2023.

2. On December 20, 2023, the Court entered an Order extending the time for Defendants Gordon Clark, Rodney Koch, Cindy Lou Koch, and Krystal Lee Clark to file their responsive pleading to Plaintiffs' First Amended Complaint (ECF 30) from December 19, 2023 to January 9, 2024 (ECF 35).

3. The parties are engaged in settlement discussions and therefore agree to this brief extension.  This request is made in good faith and for good cause and not for any purpose of delay or harm.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the deadline for Defendants Gordon Clark, Rodney Koch, Cindy Lou Koch, and Krystal Lee Clark to file their responsive pleading to Plaintiffs' First Amended Complaint (ECF 30) from January 9, 2024 to February 9, 2024.

| | |
|---|---|
| Dated this 9th day of January, 2024. | Dated this 9th day of January, 2024. |
| **ALDRICH LAW FIRM, LTD.** | **FLYNN GIUDICI, PLLC** |
| /s/ John P. Aldrich<br>John P. Aldrich, Esq.<br>Nevada Bar No. 6877<br>7866 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 853-5490<br>Fax: (702) 227-1975<br>*Attorney for Defendants GORDON CLARK, RODNEY KOCH, CINDY LOU ELLEN KOCH, and KRYSTAL LEE CLARK* | /s/ Shamus S. Flynn<br>Shamus S. Flynn<br>Nevada Bar No. 14870<br>Daniel R. Giudici<br>Nevada Bar No. 15228<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (775) 406-9595<br>*Attorneys for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

**Date: 1-11-2024**

_____
UNITED STATES MAGISTRATE JUDGE