Jason D. Smith, Esq.
Nevada Bar No. 9691
Jessica M. Lujan, Esq.
Nevada Bar No. 14913
Tyler Thomas, Esq.
Nevada Bar No. 16637
HOLLEY DRIGGS
300 S. 4th Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email:  jsmith@nevadafirm.com
          jlujan@nevadafirm.com
          tthomas@nevadafirm.com

*Attorneys for Defendant La Bella Vita Equestrians LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LUCKY LAKE FARM & WATER LIMITED PARTNERSHIP, a Saskatchewan Limited Partnership; and SWIFT RIVER FARMS, LTD., an Alberta corporation,<br><br>                          Plaintiffs,<br><br>     v.<br><br>GORDON CLARK, an individual; RODNEY KOCH A/K/A GORDON CLARK, an individual; CINDY LOU ELLEN KOCH, an individual; KRYSTAL LEE CLARK, an individual; MICHAEL ROSE, an individual; MICHAEL ROSE & ASSOCIATES STRATEGIC CONSULTING INC., a Nova Scotia corporation; JEFF HOUGHTON, an individual; TW INTERNATIONAL INVESTMENTS LTD., a Bahamian Registered company; TW ADVISORS LTD., a British Virgin Islands registered company; TW FUNDS INC., a British Virgin Islands registered company; LA BELLA VITA EQUESTRIANS LLC, a Nevada limited liability company; LA BELLA VITA INTERNATIONAL EQUINE SALES LLC, a Nevada limited liability company; LIQUID LUXURY GROUP LLC, a | CASE NO. 2:23-cv-01768-GMN-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT LA BELLA VITA EQUESTRIANS LLC TO RESPOND TO FIRST AMENDED COMPLAINT [ECF NO. 30]**<br><br>**(FIRST REQUEST)** |

Nevada limited liability company; BLACKSTONE LUXURY GROUP LLC, a Nevada limited liability company; DOES I-XX, inclusive; and ROE CORPORATIONS I-X, inclusive,

                       Defendants.

Plaintiffs LUCKY LAKE FARM & WATER LIMITED PARTNERSHIP and SWIFT RIVER FARMS, LTD., (collectively "*Plaintiffs*"), and Defendant LA BELLA VITA EQUESTRIAN LLC ("*Defendant LBVE*"), by and through their respective counsel, hereby stipulate and agree as follows:.

1. On December 5, 2023, Plaintiffs filed their First Amended Complaint (ECF No. 30).
2. On January 29, 2024, Defendant LBVE was served with the Summons and First Amended Complaint.
3. Defendant LBVE's response to the First Amended Complaint is due February 20, 2024.
4. The parties hereby agree and stipulate that Defendant LBVE's response to the First Amended Complaint is now due on or before March 8, 2024.
5. Good cause exists for this extension to permit LVBE an opportunity to confer with its recently-retained counsel and attempt to resolve as many issues with Plaintiffs as possible prior to filing a response to the Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  6. This Stipulation is made in good faith and not for any purposes of delay.

Dated: February 15, 2024.    Dated: February 15, 2024.

**HOLLEY DRIGGS**    **FLYNN GIUDICI, PLLC**

*/s/ Jason D. Smith*    */s/ Shamus S. Flynn*
Jason D. Smith, Esq. (NV Bar No. 9691)   Shamus S. Flynn, Esq. (NV Bar No. 14870)
Jessica M. Lujan, Esq. (NV Bar No. 14913)   Daniel R. Giudici, Esq. (NV Bar No. 15228)
Tyler Thomas, Esq. (NV Bar 16637)   Adam M. Jaffe, Esq. (Pro Hac Vice)
300 S. 4th Street, Suite 1600    3960 Howard Hughes Pkwy., Suite 500
Las Vegas, NV 89101    Las Vegas, NV 89169
Tel.: (702) 791-0308 / Fax: (702) 791-1912   Tel.: (775) 406-9595
Email: jsmith@nevadafirm.com    Email: shamus@flynngiudici.com
      jlujan@nevadafirm.com             daniel@flynngiudici.com
      tthomas@nevadafirm.com            adam@flynngiudici.com

*Attorneys for Defendant La Bella Vita Equestrians LLC*    *Attorneys for Plaintiffs*

**IT IS SO ORDERD.**

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

DATED: February 16, 2024