| | |
|---|---|
| 1 | Jason D. Smith, Esq. (NBN 9691) |
| 2 | Jessica M. Lujan, Esq. (NBN 14913) |
|   | **HOLLEY DRIGGS** |
| 3 | 300 South Fourth Street, Suite 1600 |
|   | Las Vegas, NV 89101 |
| 4 | Tel.: (702) 791-0308 / Fax: (702) 791-1912 |
|   | Email:  jsmith@nevadafirm.com |
| 5 |            jlujan@nevadafirm.com |
|   | *Attorneys for Defendant La Bella Vita* |
| 6 | *Equestrians LLC* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LUCKY LAKE FARM & WATER LIMITED PARTNERSHIP, a Saskatchewan Limited Partnership; and SWIFT RIVER FARMS, LTD., an Alberta corporation, | CASE NO. 2:23-cv-01768-GMN-MDC |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT LA BELLA VITA EQUESTRIANS, LLC WITHOUT PREJUDICE** |
| v. | |
| GORDON CLARK, an individual; RODNEY KOCH A/K/A GORDON CLARK, an individual; CINDY LOU ELLEN KOCH, an individual; KRYSTAL LEE CLARK, an individual; MICHAEL ROSE, an individual; MICHAEL ROSE & ASSOCIATES STRATEGIC CONSULTING INC., a Nova Scotia corporation; JEFF HOUGHTON, an individual; TW INTERNATIONAL INVESTMENTS LTD., a Bahamian Registered company; TW ADVISORS LTD., a British Virgin Islands registered company; TW FUNDS INC., a British Virgin Islands registered company; LA BELLA VITA EQUESTRIANS LLC, a Nevada limited liability company; LA BELLA VITA INTERNATIONAL EQUINE SALES LLC, a Nevada limited liability company; LIQUID LUXURY GROUP LLC, a Nevada limited liability company; BLACKSTONE LUXURY GROUP LLC, a Nevada limited liability company; DOES I-XX, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiffs LUCKY LAKE FARM & WATER LIMITED PARTNERSHIP and SWIFT RIVER FARMS, LTD., (collectively "*Plaintiffs*"), and Defendant LA BELLA VITA EQUESTRIAN LLC ("*Defendant LBVE*"), by and through their respective counsel, hereby submit this Stipulation and Order for Dismissal of Defendant LBVE (only) without Prejudice and stipulate and agree as follows:

1. Defendant LVBE shall be dismissed from this action without prejudice;
2. The caption shall be amended to remove Defendant LVBE; and
3. Plaintiffs and Defendant LVBE shall bear their own fees and costs as against one another only relating to this action.

DATED this 12th day of March 2024.

**HOLLEY DRIGGS**

*/s/ Jason D. Smith*
Jason D. Smith, Esq. (NV Bar No. 9691)
Jessica M. Lujan, Esq. (NV Bar No. 14913)
300 S. 4th Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: jsmith@nevadafirm.com
       jlujan@nevadafirm.com

*Attorneys for Defendant La Bella Vita Equestrians LLC*

DATED this 12th day of March 2024.

**FLYNN GIUDICI, PLLC**

*/s/ Shamus S. Flynn*
Shamus S. Flynn, Esq. (NV Bar No. 14870)
Daniel R. Giudici, Esq. (NV Bar No. 15228)
3960 Howard Hughes Pkwy., Suite 500
Las Vegas, NV 89169
Tel.: (775) 406-9595
Email: shamus@flynngiudici.com
       daniel@flynngiudici.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____March 12, 2024_____