John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel (702) 853-5490
Fax (702) 227-1975
jaldrich@johnaldrichlawfirm.com
*Attorneys for Defendants GORDON CLARK, RODNEY KOCH, CINDY LOU ELLEN KOCH, KRYSTAL LEE CLARK, LA BELLA VITA INTERNATIONAL, EQUINE SALES, LLC, TW INTERNATIONAL INVESTMENTS, LTD., LIQUID LUXURY GROUP, LLC, AND BLACKSTONE LUXURY GROUP, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUCKY LAKE FARM & WATER LIMITED PARTNERSHIP, a Saskatchewan Limited Partnership; and SWIFT RIVER FARMS LTD., an Alberta corporation;<br><br>Plaintiffs,<br>vs.<br><br>GORDON CLARK, an individual; RODNEY KOCH A/K/A GORDON CLARK, an individual; CINDY LOU ELLEN KOCH, an individual; KRYSTAL LEE CLARK, an individual; MICHAEL ROSE, an individual; MICHAEL ROSE & ASSOCIATES STRATEGIC CONSULTING INC., a Nova Scotia corporation; JEFF HOUGHTON, an individual; TW INTERNATIONAL INVESTMENTS LTD., a Bahamian Registered company; TW ADVISORS LTD., a British Virgin Islands registered company; TW FUNDS INC., a British Virgin Islands registered company; LA BELLA VITA EQUESTRIANS LLC, a Nevada limited liability company; LA BELLA VITA INTERNATIONAL EQUINE SALES LLC, a Nevada limited-liability company; LIQUID LUXURY GROUP LLC, a Nevada limited liability company; BLACKSTONE LUXURY GROUP LLC, a Nevada limited liability company; DOES I-XX, inclusive; and ROE CORPORATIONS, I-X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01768-GMN-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS, RODNEY KOCH, CINDY LOU ELLEN KOCH, KRYSTAL LEE CLARK, LA BELLA VITA INTERNATIONAL, EQUINE SALES, LLC, TW INTERNATIONAL INVESTMENTS, LTD., LIQUID LUXURY GROUP, LLC, AND BLACKSTONE LUXURY GROUP, LLC TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**<br><br>*(Fifth Request)* |

Plaintiffs LUCKY LAKE FARM & WATER LIMITED PARTNERSHIP and SWIFT RIVER FARMS LTD. and Defendants GORDON CLARK, RODNEY KOCH, CINDY LOU ELLEN KOCH, KRYSTAL LEE CLARK, LA BELLA VITA INTERNATIONAL EQUINE SALES, LLC, TW INTERNATIONAL INVESTMENTS, LTD., LIQUID LUXURY GROUP, LLC, and BLACKSTONE LUXURY GROUP, LLC (collectively "Certain Defendants"[1]), by and through their respective counsel, hereby stipulate and agree to the following:

## PROCEDURAL BACKGROUND

1. On December 5, 2023, Plaintiffs filed their First Amended Complaint (ECF 30).

2. On December 19, 2023, Plaintiffs and TRO Defendants filed a Stipulation and [Proposed] Order Extending Time for Defendants Gordon Clark, Rodney Koch, Cindy Lou Ellen Koch, and Krystal Lee Clark to File Answer to First Amended Complaint [First Request] (ECF 34) extending TRO Defendants' time to answer the First Amended Complaint to January 9, 2024. The Court filed the Order Extending Time for Defendants Gordon Clark, Rodney Koch, Cindy Lou Ellen Koch, and Krystal Lee Clark to File Answer to First Amended Complaint on December 20, 2023 (ECF 35).

3. On January 9, 2024, Plaintiffs and TRO Defendants filed a Stipulation and [Proposed] Order Extending Time for Defendants Gordon Clark, Rodney Koch, Cindy Lou Ellen Koch, and Krystal Lee Clark to File Answer to First Amended Complaint [Second Request] (ECF 37) extending TRO Defendants' time to answer the First Amended Complaint to February 9, 2024. The Court filed the Order Extending Time for Defendants Gordon Clark, Rodney Koch,

---

[1] Defendants GORDON CLARK, RODNEY KOCH, CINDY LOU ELLEN KOCH, and KRYSTAL LEE CLARK shall be referred to herein as "TRO Defendants."

Cindy Lou Ellen Koch, and Krystal Lee Clark to File Answer to First Amended Complaint on January 11, 2024 (ECF 38).

4. On February 1, 2024, Defendants LA BELLA VITA INTERNATIONAL EQUINE SALES, LLC, TW INTERNATIONAL INVESTMENTS, LTD., LIQUID LUXURY GROUP, LLC, and BLACKSTONE LUXURY GROUP, LLC ("Waiver Defendants"), filed Waivers of Service (ECF 55-58), which were dated January 24, 2024. As such, Waiver Defendants' responsive pleadings to the First Amended Complaint (ECF 30) was due March 25, 2024.

5. On March 20, 2024, Plaintiffs, TRO Defendants, and Waiver Defendants executed and filed Stipulation and [proposed] Order Regarding Modifying Temporary Restraining Order, Extending Temporary Restraining Order, and Extending Time for Defendants Gordon Clark, Rodney Koch, Cindy Lou Ellen Koch, Krystal Lee Clark, La Bella Vita International, Equine Sales, LLC, TW International Investments, Ltd., Liquid Luxury Group, LLC, and Blackstone Luxury Group, LLC to File Responsive Pleading to First Amended Complaint (ECF 67) whereby the parties agreed to extend the TRO Defendants' and Waiver Defendants' time to file a responsive pleading to the First Amended Complaint to May 24, 2024. The Court filed that Order on March 22, 2024 (ECF 68).

6. On May 29, 2024, Plaintiffs, TRO Defendants, and Waiver Defendants executed and filed Stipulation and [proposed] Order Regarding Modifying Temporary Restraining Order, Extending Temporary Restraining Order, and Extending Time for Defendants Gordon Clark, Rodney Koch, Cindy Lou Ellen Koch, Krystal Lee Clark, La Bella Vita International, Equine Sales, LLC, TW International Investments, Ltd., Liquid Luxury Group, LLC, and Blackstone Luxury Group, LLC to File Responsive Pleading to First Amended Complaint whereby the parties agreed to extend the TRO Defendants' and Waiver Defendants' time to file a responsive

pleading to the First Amended Complaint to July 23, 2024. The Court filed that Order on May 29, 2024 (ECF 70).

### **STIPULATION**

7. As Plaintiffs and Certain Defendants continue to work towards a settlement of this matter, they further stipulate and agree to extend the time for Certain Defendants to file their responsive pleading to Plaintiff's First Amended Complaint to August 6, 2024.

8. This is the fifth request of the parties to extend the responsive pleading deadline of TRO Defendants and the third request for Waiver Defendants.

9. The parties are engaged in settlement discussions and continue to move forward with the terms of their settlement in good faith, and therefore agree to these additional extensions.

This Stipulation is made in good faith and for good cause and not for any purpose of delay or harm.

Dated this 29th day of July, 2024.

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
*Attorneys for Defendants GORDON CLARK, RODNEY KOCH, CINDY LOU ELLEN KOCH, and KRYSTAL LEE CLARK, LA BELLA VITA INTERNATIONAL, EQUINE SALES, LLC, TWINTERNATIONAL INVESTMENTS, LTD., LIQUID LUXURY GROUP, LLC, AND BLACKSTONE LUXURY GROUP, LLC*

Dated this 29th day of July, 2024.

**FLYNN GIUDICI, PLLC**

/s/ Shamus S. Flynn
Shamus S. Flynn
Nevada Bar No. 14870
Daniel R. Giudici
Nevada Bar No. 15228
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (775) 406-9595
*Attorneys for Plaintiffs*

**ORDER**

Parties are advised that future extensions are not likely to be considered.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 7/31/2024